**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| AUGUSTUS SIMMONS ENOXH, | ) | | |
| | ) | | |
| Plaintiff, | ) | No. 2:22-cv-00819 | |
| | ) | | |
| v. | ) | Chief Judge Cathy Bissoon | |
| | ) | | |
| MIKE HICE, *et al.*, | ) | Chief Magistrate Judge Richard A. Lanzillo | |
| | ) | | |
| Defendants. | ) | | |

**MEMORANDUM ORDER**

This case has been referred to Chief United States Magistrate Judge Richard A. Lanzillo for pretrial proceedings in accordance with 28 U.S.C. § 636 and Local Rule of Civil Procedure 72.

On February 17, 2026, the Magistrate Judge issued a Report (Doc. 116) (the "R&R"), recommending that Defendants Mark Hammer, Mike Hice and Robert Solomon's Motion for Summary Judgment (Doc. 77) (the "Motion") be granted in part and denied in part. Specifically, the R&R recommended that the Motion be granted as to Plaintiff's Eighth Amendment claim based on the COVID-19 treatment he received on and before January 15, 2021, and that the Motion be denied as to Plaintiff's (1) Eighth Amendment claim based on his medical treatment between January 15 and January 26, 2021; (2) Eighth Amendment claim based on the denial of the renewal of his rescue inhaler; and (3) First Amendment retaliation claim based on the denial of renewal of his rescue inhaler following his filing of a grievance objecting to his medical treatment. The R&R was served on the parties, and no objection has been filed.

After a review documents in the case, together with the R&R, it is **ORDERED** that the Motion is **GRANTED** as to the Plaintiff's Eighth Amendment claim based on the COVID-19

treatment he received on and before January 15, 2021, and **DENIED** as to Plaintiff's (1) Eighth Amendment claim based on his medical treatment between January 15 and January 26, 2021; (2) Eighth Amendment claim based on the denial of the renewal of his rescue inhaler; and (3) First Amendment retaliation claim based on the denial of renewal of his rescue inhaler following his filing of a grievance objecting to his medical treatment.  The R&R is adopted as the Opinion of the District Court.


IT IS SO ORDERED.


March 12, 2026                                      s/Cathy Bissoon
                                                   Cathy Bissoon
                                                   Chief United States District Judge


cc (via First-Class U.S. Mail):

      Augustus Simmons Enoxh
      KL2144
      SCI Huntingdon
      1100 Pike Street
      Huntingdon, PA 16652

cc (via ECF email notification):

      All Counsel of Record